AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-97 Mag |
| Trevontae Washington | ) | |
| | ) | Charging District: District of New Jersey |
| Defendant | ) | Charging District's Case No. Mag No. 20-1146 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: District of New Jersey Judge Waldor | Courtroom No.: By Video |
|---|---|
| | Date and Time: October 7, 2020 at 2 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: September 30, 2020

_Janis van Meerveld_
Judge's signature

Magistrate Judge Janis van Meerveld
Printed name and title